**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRADLEY ROGERS**                                                                 **PLAINTIFF**
**ADC #179665**

**VS.**                                             **4:24-CV-01007-BRW**

**CITY OF RUSSELLVILLE, ARKANSAS,** *ET AL.*                          **DEFENDANTS**

### JUDGMENT

Consistent with today's order, this case is DISMISSED.

IT IS SO ORDERED this 27th day of November, 2024.


Billy Roy Wilson_____
UNITED STATE DISTRICT JUDGE